THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GUISEPPI ROBERTO, Appellant.

(Argued June 5, 1918; decided July 12, 1918.)

APPEAL from a judgment of the Supreme Court, rendered November 1, 1917, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Clark H. Timmerman* and *John L. George* for appellant.
*Guy B. Moore* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.